

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00138-CV

John S. **ROBISON** and Gov Whiz, Inc.,
Appellants

v.

Mark E. **WATSON**, Jr.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-14350
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the part of this appeal challenging the trial court's March 5, 2020 "Order Granting Supplemental Motion of Judgment Plaintiff Mark E. Watson, Jr. and Kathleen Hurren for Aid in Collection of Judgement" is DISMISSED FOR LACK OF JURISDICTION. Additionally, the trial court's October 24, 2019 "Order Granting Motion of Judgment Plaintiff Mark E. Watson, Jr. for Aid in Collection of Judgment and Application for Charging Order" is REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this opinion.

It is ORDERED that the parties bear their own costs on appeal.

SIGNED May 26, 2021.

_Irene Rios_
Irene Rios, Justice